AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JASON PATRICK ALDAY<br><br>Defendant(s) | ) ) ) ) ) ) ) )  Case No. 4:24mj90-MAF |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 25, 2024 and July 11, 2024  in the county of  Gadsen  in the
Northern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875 | Threatening communication |
| 18 U.S.C. § 871 | Threats against the President of the United States |
| 18 U.S.C. § 115(a)(1)(B) | Threats against federal officials |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Jeffrey s. Boothe, Senior Special Agent
Printed name and title

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means following e-mail submission.

Date: 7/15/24  9:04 AM

City and state:  Tallahassee, Florida

_____
Judge's signature

Charles A. Stampelos, U.S. Magistrate Judge
Printed name and title